GREENBERG TRAURIG, LLP
MATHEW S. ROSENGART (SBN 255750)
MATTHEW R. GERSHMAN (SBN 253031)
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
rosengartm@gtlaw.com
gershmanm@gtlaw.com
Telephone:  310-586-7700
Facsimile:   310-586-7800
Attorneys for Petitioner
RAVEN ASSET-BASED OPPORTUNITY FUND II LP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVEN ASSET-BASED OPPORTUNITY FUND II LP,<br><br>          Petitioner,<br><br>v.<br><br>GREEN-LIGHT INTERNATIONAL, LLC,<br><br>          Respondent. | CASE NO. 2:16-cv-05358-R-GJS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Action filed:  July 19, 2016<br><br>Judge:  Hon. Manuel L. Real |

NOTICE OF DISMISSAL

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Petitioner Raven Asset-Based Opportunity Fund II, LP hereby voluntarily dismisses without prejudice its above-captioned action against Respondent Green-Light International, LLC.

Dated:  September 19, 2016      Respectfully submitted,

GREENBERG TRAURIG, LLP

By: /s/ Matthew R. Gershman

Attorneys for Respondents, RAVEN ASSET-BASED OPPORTUNITY FUND II LP and RAVEN ASSET-BASED OPPORTUNITY FUND III LP